IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DHAVALKUMAR CHANDUBHAI PATEL,

        *Petitioner*,

    v.

WARDEN OF MOSHANNON VALLEY
PROCESSING CENTER, *et al*,

        *Respondents*.

Civil Action No. 3:26-cv-874

Hon. William S. Stickman IV

**JUDGMENT ORDER**

AND NOW, this 17th day of June 2026, IT IS HEREBY ORDERED that pursuant to Rule 58 of the Federal Rules of Civil Procedure, judgment is entered in favor of Petitioner and against Respondents only as specified in the Order issued this day.  The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

*/s/William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE